179 So.2d 640

**TERREBONNE PARISH SCHOOL BOARD for the use and benefit of the PUBLIC SCHOOLS OF TERREBONNE PARISH et al.**

v.

**TEXACO, INC.**

No. 47958.

Nov. 23, 1965.

In re: Terrebonne Parish School Board, etc., et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne, 178 So.2d 428.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

179 So.2d 640

**Atley D. WALKER**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et al.**

No. 47973.

Nov. 23, 1965.

In re: Atley D. Walker applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge, 178 So.2d 449.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.